Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Office e-mail: efile@ch13ac.com
Direct e-mail: brian@ch13ac.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No.: 8:21-bk-11665-ES |
|---|---|
| ANDRE LEONARD TAYLOR<br>NIDA MANALASTAS TAYLOR<br><br>Debtor(s) | Chapter 13<br><br>**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>§ 341(a) Meeting:</u><br>Date:      August 17, 2021<br>Time:     9:00 am<br>Place:     Video Conference<br><br><u>Confirmation Hearing:</u><br>Date:      September 21, 2021<br>Time:     1:30 pm<br>Courtroom: 5A<br>Address:  411 West Fourth Street,<br>                Santa Ana, CA 92701<br><br>[Please see attached Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases] |

**PLEASE TAKE NOTICE** that Amrane Cohen, Chapter 13 Trustee ("Trustee"), hereby objects to confirmation of Debtor's Chapter 13 Plan filed 07/02/2021 [Docket No. 06] ("Plan"), the confirmation hearing for which is set on the date, time, and location indicated above.

1

**NOTICE IS GIVEN** that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested herein or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.[1]

**NOTICE IS GIVEN** that any reply to this objection must be in writing, filed with the Court, and served upon the Trustee not later than seven (7) calendar days prior to the confirmation hearing. Unless the Court finds good cause, a reply document not timely filed and served may not be considered.

The non-governmental claims bar date of 09/08/2021 has not yet passed but will have passed by the confirmation hearing. To ensure Plan feasibility and that all filed claims are provided for in the Plan, Debtor's counsel should review the claims register prior to the confirmation hearing.

The Trustee requests that the Court take judicial notice of the documents on file in this case.

The Trustee objects to confirmation on the following grounds:

1.  Joint-debtor Mr. Taylor is a self-employed in insurance sales. The Trustee has not received the required business report, questionnaire, evidence of relevant license, and evidence of relevant insurance. LBR 3015-1(c)(4).

2.  To ensure that this 0% plan complies with 11 U.S.C. § 1325(a)(4), to the extent that Joint-debtor Mr. Taylor has any insurance policy insurance renewal assets, Debtor is requested to provide documentation of same.

3.  The Plan does not provide for the full payment of the California Dept. of Tax & Fee Administration's priority proof of claim of $30,243.56 set forth in proof of claim no. 05. 11 U.S.C. § 1322(a)(2). The Plan provides for $27,785.00.

---

[1] The Local Bankruptcy Rules may be found at http://www.cacb.uscourts.gov/local-rules.

4. To ensure compliance with 11 U.S.C. § 1325(b), Debtors are requested to file a declaration in support of the deduction on the Means Test at line 43 of $1,439 per month for joint-debtor Ms. Taylor's separate household expenses.

5. The Trustee requests an interlineation to the Plan confirmation order which requires joint-debtor Ms. Taylor to provide the Trustee with annual income evidence each July 1st for the term of the plan, as she is a wedding event planner and 2020 income was historically very low.

6. The Trustee reserves the right to supplement this objection or raise additional grounds for objection at the confirmation hearing based upon failure to make payments, claims filed, and/or documents provided.

Based on the foregoing, the Trustee requests that confirmation be denied and that the case be dismissed or converted, whichever is in the best interests of creditors.

Dated: 9/02/2021              /s/ Brian D. Wirsching
                              Staff Attorney for
                              Amrane Cohen, Chapter 13 Trustee

### VERIFICATION

I, Brian D. Wirsching, declare that I am employed as a staff attorney for Amrane Cohen, Chapter 13 Trustee in this case ("Trustee"). The Trustee is the duly appointed chapter 13 trustee in the instant case. I have personally reviewed the files and records maintained by the Trustee in this case and the facts stated this objection are true and correct to the best of my knowledge.

Dated: 9/02/2021              By: /s/ Brian D. Wirsching
                              Attorney for Amrane Cohen, Chapter 13 Trustee

**NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES**
**JUDGE ERITHE A. SMITH**

Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Smith will continue conducting hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings *only*. All other matters will be conducted remotely using ZoomGov audio and video until further notice.

Hearing participants and members of the public may view and listen to hearings before Judge Smith using ZoomGov free of charge.  Video and audio connection information for each hearing will be provided on Judge Smith's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=ES and selecting "Judge Smith" from the tab on the left side of the page. For more details on appearing via ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures" in the Telephonic Instructions section of this page.

Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone).  Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply).  Neither a Zoom nor a ZoomGov account are necessary to participate and no pre-registration is required.  The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

Important: All persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions. The Clerk of the Court maintains an audio recording of all proceedings, which recording constitutes the official record of those proceedings.

### Tips for a Successful ZoomGov Court Experience

1. Test the video and audio capabilities of your computer or mobile device in advance of the hearing (i.e., at least one day in advance).

    a. You can do this by clicking on the ZoomGov meeting link posting for the hearing and/or check your video and audio using the ZoomGov app.

2. If you intend to speak at the hearing, please find a quiet place from which to participate.

3. If you are connecting to the hearing using a wireless device, you should situate yourself in a location with a strong wireless signal.

4. Dial in or connect **at least 10 minutes** prior to you hearing start time so that you have time to check in and make adjustments to your screen name, etc. before the hearing begins. This becomes very difficult if everyone waits until the last minute to dial in.

5. Unless and until it is your turn to speak, please mute your audio to minimize background noise.

    a. If connected to ZoomGov audio by telephone, you can mute or unmute your connection by pressing *6 on your phone.

6. When you first speak—and each time you speak after someone else has spoken—please say your name.  This may seem awkward but is essential to making a good court record.  The only part of the hearing being recorded is the audio.  If a transcript is requested, it is sometimes difficult for the transcriber to know who is speaking.

7. If you are participating by video, try to avoid having a window or bright background behind you.  (You may, as a result, appear on video as a shadow.)  If you cannot avoid the bright background, try using a desk lamp or other light source to brighten your face.

8. If you are participating by video using a personal computer, you may separately connect to the audio feed by telephone (for improved audio) using the call-in information provided for the hearing.

    a. If you do this, please connect to the video feed first.  In the ZoomGov app, you will be assigned a Participant Code.  Use this code to associate your video and audio feeds.

9. If available, a headset-microphone often provides better sound quality for listening and speaking.

10. Participants and members of the public should at all times remember that although conducted remotely, these hearings are official court proceedings, and individuals should act accordingly.

    a. If video is enabled, please wear attire consistent with the decorum of court proceedings.

    b. ZoomGov permits the use of virtual backgrounds to safeguard your privacy.  If you choose to use a virtual background, please avoid backgrounds that are offensive or distracting.

11. ZoomGov video participants are permitted to specify a display name.  If using video, please specify your calendar number, first initial and last name, and client name (ex. 5, R. Smith, ABC Corp.) to assist the Court in creating a record of the proceedings.

12. Please refer to the Zoom Video Hearing Guide, accessible from the Court's main page, for further information.

Updated: April 23, 2021

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/02/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Sundee M Teeple jeffsw@4bankruptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/02/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andre Leonard Taylor
Nida Manalastas Taylor
1607 Terra Bella
Irvine, CA 92602

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. ERITHE A. SMITH

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/02/2021 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**