# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Andre Leonard Taylor  
1607 Terra Bella  
Irvine, CA  92602

Case No.**8:21-bk-11665-ES**

DATE: 9/29/2021

Nida Manalastas Taylor  
5121 Doanoke St  
Irvine, CA  92604

DEB1 SSN XXX-XX-2399

DEB2 SSN XXX-XX-8047

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| American Credit Accept<br>961 E Main St<br>Spartanburg, SC  29302 | CLAIM: **$17,533.40**<br>SCHEDULED: $17,108.00<br><br>DATE FILED: 07/07/2021<br>TRUSTEE CLAIM#: 2 | SECURED<br><br>ACCT: **2399**<br>COMM: 17 NISSAN ALTIMA ARREARS<br>COURT CLAIM#: 2 |
| American Credit Acceptance<br>961 E Main St 2nd Floor<br>Spartanburg, SC  29302 | CLAIM: **$10,239.38**<br>SCHEDULED: $0.00<br><br>DATE FILED: 07/07/2021<br>TRUSTEE CLAIM#: 3 | UNSECURED<br><br>ACCT: **8047**<br>COMM: DEF BALANCE VIN#LU093546<br>COURT CLAIM#: 3 |
| CA DEPARTMENT OF TAX & FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO, CA  94279-0055 | CLAIM: **$31,336.38**<br>SCHEDULED: $27,785.00<br><br>DATE FILED: 07/21/2021<br>TRUSTEE CLAIM#: 4 | PRIORITY<br><br>ACCT: **2399**<br>COMM: PRO RATA<br>COURT CLAIM#: 5 |
| CAPITAL ONE BANK USA, N.A<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | CLAIM: **$321.58**<br>SCHEDULED: $299.00<br><br>DATE FILED: 08/11/2021<br>TRUSTEE CLAIM#: 5 | UNSECURED<br><br>ACCT: **0384**<br>COMM:<br>COURT CLAIM#: 7 |

Case No. **8:21-bk-11665-ES**

| Creditor | Claim Info | Status |
|---|---|---|
| CARMAX BUSINESS SERVICES, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>225 CHASTIAN MEADOWS COURT<br>SUITE 210<br>KENNESAW, GA  30144 | CLAIM: **$21,770.19**<br>SCHEDULED: $21,793.00<br>DATE FILED: 07/06/2021<br>TRUSTEE CLAIM#: 6 | SECURED<br><br>ACCT: **4228**<br>COMM: 17 TOYOTA RAV4 ARREARS $<br>COURT CLAIM#: 1 |
| Department of Motor Vehicles<br>Licensings Operation Division<br>PO BOX 942890<br>Sacramento, CA  94290 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 7 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| EDD<br>PO Box 989061<br>Sacramento, CA  94206 | CLAIM: **$0.00**<br>SCHEDULED: $1,175.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | PRIORITY<br>NOT FILED<br>ACCT: **0425**<br>COMM:<br>COURT CLAIM#: |
| Extra Space Storage<br>C/O Rosenthal Morgan & Thomas<br>12747 Olive Blvd. #250<br>Saint Louis, MO  63141 | CLAIM: **$0.00**<br>SCHEDULED: $589.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 9 | UNSECURED<br>NOT FILED<br>ACCT: **6536**<br>COMM:<br>COURT CLAIM#: |
| Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento, CA  95812 | CLAIM: **$0.00**<br>SCHEDULED: $23,681.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 10 | PRIORITY<br>NOT FILED<br>ACCT: **8047**<br>COMM: PRO RATA<br>COURT CLAIM#: |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | CLAIM: **$67,943.99**<br>SCHEDULED: $51,496.00<br>DATE FILED: 09/22/2021<br>TRUSTEE CLAIM#: 11 | PRIORITY<br><br>ACCT: **2399**<br>COMM: PRO RATA<br>COURT CLAIM#: 9 |
| Irvine Ranch Water District<br>15600 Sand Canyon Ave.<br>Irvine, CA  92618 | CLAIM: **$0.00**<br>SCHEDULED: $1,200.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 12 | UNSECURED<br>NOT FILED<br>ACCT: **8743**<br>COMM:<br>COURT CLAIM#: |
| PayPal Working Capital<br>2211 N. 1st St.<br>San Jose, CA  95131 | CLAIM: **$0.00**<br>SCHEDULED: $20,000.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 13 | UNSECURED<br>NOT FILED<br>ACCT: **8047**<br>COMM:<br>COURT CLAIM#: |
| Pure Dematology<br>500 Superior Ave, Ste. 335<br>Newport Beach, CA  92663 | CLAIM: **$0.00**<br>SCHEDULED: $152.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 14 | UNSECURED<br>NOT FILED<br>ACCT: **5888**<br>COMM:<br>COURT CLAIM#: |

Case No. **8:21-bk-11665-ES**

| Creditor | Claim Info | Status |
|---|---|---|
| SANTANDER CONSUMER USA INC.<br>PO BOX 560284<br>DALLAS, TX  75356-0284 | CLAIM: **$11,275.00**<br>SCHEDULED: $16,466.00<br>DATE FILED: 07/12/2021<br>TRUSTEE CLAIM#: 15 | SECURED<br>SURRENDERED<br>ACCT: **9139**<br>COMM: 2014 NISSAN ALTIMA<br>COURT CLAIM#: 4 |
| SOUTHERN CALIFORNIA EDISON<br>PO BOX 600<br>ROSEMEAD, CA  91771 | CLAIM: **$0.00**<br>SCHEDULED: $1,894.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 16 | UNSECURED<br>NOT FILED<br>ACCT: **8882**<br>COMM:<br>COURT CLAIM#: |
| State Board of Equalization<br>16715 Von Karman Ave #200<br>Irvine, CA  92606 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 17 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| State Farm<br>PO BOX 853907<br>Richardson, TX  75085 | CLAIM: **$0.00**<br>SCHEDULED: $59.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 18 | UNSECURED<br>NOT FILED<br>ACCT: **3337**<br>COMM:<br>COURT CLAIM#: |
| STRIPE INC.<br>PERKINS COIE, LLP<br>1900 16TH STREET<br>SUITE 1400<br>DENVER, CO  80202-5255 | CLAIM: **$12,090.00**<br>SCHEDULED: $12,090.00<br>DATE FILED: 07/29/2021<br>TRUSTEE CLAIM#: 19 | UNSECURED<br>ACCT: **HItN**<br>COMM:<br>COURT CLAIM#: 6 |
| Superior Court of California<br>4601 Jamboree Rd.<br>Newport Beach, CA  92660 | CLAIM: **$0.00**<br>SCHEDULED: $556.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 20 | PRIORITY<br>NOT FILED<br>ACCT: **9500**<br>COMM:<br>COURT CLAIM#: |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 21 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 22 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Nida Manalastas Taylor<br>5121 Doanoke St<br>Irvine, CA  92604 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 23 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No.**8:21-bk-11665-ES**

| | | |
|---|---|---|
| Sundee M Teeple<br>101 E. Lincoln Avenue, Ste. 107<br>Anaheim, CA  92805 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 24 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| VERIZON<br>C/O AMERICAN INFOSOURCE<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | CLAIM: **$443.37**<br>SCHEDULED: $0.00<br><br>DATE FILED: 08/26/2021<br>TRUSTEE CLAIM#: 25 | UNSECURED<br><br>ACCT: **0001**<br>COMM:<br>COURT CLAIM#: 8 |

Case No. **8:21-bk-11665-ES**

| | |
|---|---|
| In re:<br>Andre Leonard Taylor<br>1607 Terra Bella<br>Irvine, CA 92602      Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:21-bk-11665-ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY CLAIMS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/29/2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Sundee M Teeple                                              jeffsw@4bankruptcy.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/29/2021 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Andre Leonard Taylor
1607 Terra Bella
Irvine, CA 92602

Nida Manalastas Taylor
5121 Doanoke St
Irvine, CA 92604

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/29/2021 | Rachel Saucedo | /s/ Rachel Saucedo |
|---|---|---|
| Date | Type Name | Rachel Saucedo |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE