| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Jay K. Chien, SBN 251343<br>Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South, Suite 3700<br>Orange, CA 92868<br>Phone: (714) 621-0200  Fax (714) 621-0277<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Andre Leonard Taylor and<br>Nida Manalastas Taylor,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER 8:21-bk-11665-ES<br><br>CHAPTER 13<br><br>**CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT**<br><br>[No Hearing Required] |
|---|---|

The Chapter 13 Trustee, having reviewed the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **1/11/22** as docket entry number **37**, provides the following response to the Application:

☐    RECOMMENDED WITHOUT CONDITIONS.

☒    RECOMMENDED on the following conditions:

Allow supplemental attorney fees of $490.00, of which $490.00 is to be paid by the Trustee if funds are available. Applicant to file declaration re non-receipt of objection to the motion if no objection is filed by other parties. Applicant to upload an electronic order approving the motion on or after 1/29/22 if no party objects or setting the motion for a hearing if a party files an objection to the motion.

☐ See attached sheet.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                                     Page 1          **F 3015-1.11.TRUSTEE.COMMENT.FEES**

☐ NOT RECOMMENDED for the following reasons:

    ☐ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐ SET FOR HEARING.


Dated: 1/13/2022

Respectfully submitted,

/s/ Jay K. Chien
Signature of Chapter 13 Trustee or Attorney for Chapter 13 Trustee

Jay K. Chien
Printed name of Chapter 13 Trustee or Attorney for Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*　　　　　　　　　　　　　　　　　　　　　　　Page 2　　**F 3015-1.11.TRUSTEE.COMMENT.FEES**

**[THIS PAGE INTENTIONALLY LEFT BLANK.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017* — Page 3 — **F 3015-1.11.TRUSTEE.COMMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/13/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

-- Amrane Cohen   efile@ch13ac.com; United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov;
Sundee M Teeple jeffsw@4bankruptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/13/22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andre Leonard Taylor
Nida Manalastas Taylor
1607 Terra Bella
Irvine, CA 92602

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
-- the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/13/22 | Alexis Lopez | /s/ Alexis Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.